**BURSOR & FISHER, P.A.**
Yeremey O. Krivoshey (State Bar No. 295032)
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ykrivoshey@bursor.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARAINE WOOD, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FARMERS INSURANCE EXCHANGE, TRUCK INSURANCE EXCHANGE, FIRE INSURANCE EXCHANGE, MID-CENTURY INSURANCE COMPANY, and FARMERS NEW WORLD LIFE INSURANCE COMPANY,<br><br>Defendants. | Case No. 2:22-cv-06103-SVW-MRW<br><br>**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE** |

CLASS ACTION COMPLAINT

Plaintiff Laraine Wood ("Plaintiff"), through undersigned counsel, hereby responds to the Court's October 13, 2022, Order to Show Cause ("Order"). ECF No. 13. The Order requested Plaintiff to show cause why this case should not be dismissed for lack of prosecution.

On August 26, 2022, Plaintiff filed her class action complaint ("Complaint") against Farmers Group, Inc. ("Farmers"), for violations of the Telephone Consumer Protection Act ("TCPA"). On September 1, 2022, Plaintiff filed Proof of Service of her Complaint with the Court. ECF No. 10. Farmers was directed to file its response to Plaintiff's Complaint by September 21, 2022. *Id.* On September 21, 2022, Farmers filed a stipulation extending its deadline to respond to Plaintiff's complaint until October 12, 2022. During that time, Counsel for Plaintiff and Farmers have been in constant communication discussing Plaintiff's claims. Counsel for Farmers notified Plaintiff that during its investigation of her claims, that Plaintiff had sued the wrong party. Farmers and Plaintiff engaged in informal discovery to support their findings.

Based on this information, Plaintiff informed Farmers of her intent to file an amended complaint to cure these purported deficiencies, and Defendant provided Plaintiff with consent to do the same pursuant to Fed. R. Civ. P. 15(a)(2). On October 18, 2022, Plaintiff filed her amended complaint, naming Farmers Insurance Exchange, Truck Insurance Exchange, Fire Insurance Exchange, Mid-Century Insurance Company, and Farmers New World Life Insurance Company (collectively, "Defendants") as the proper parties in this action. ECF No. 14. At no point in time has Plaintiff abandoned her claims. She has continued her investigation and intends on vigorously prosecuting her claims, on behalf of herself as well as the putative class.

Dated: October 20, 2022                    Respectfully submitted,


                                           By:    /s/ *Yeremey Krivoshey*
                                                  Yeremey O. Krivoshey

CLASS ACTION COMPLAINT                                                                    1

| | |
|---|---|
| 1 | **BURSOR & FISHER, P.A**. |
| 2 | Yeremey O. Krivoshey (State Bar No. 295032) |
| | 1990 North California Boulevard, Suite 940 |
| 3 | Walnut Creek, CA 94596 |
| | Telephone: (925) 300-4455 |
| 4 | Facsimile: (925) 407-2700 |
| 5 | E-mail: ykrivoshey@bursor.com |
| 6 | *Counsel for Plaintiff* |

CLASS ACTION COMPLAINT                                                                                                   2