1 | LOCKE LORD LLP
2 | S. Ross Garrett (SBN: 330285)
  | ross.garrett@lockelord.com
3 | 300 S. Grand Avenue, Suite 2600
4 | Los Angeles, CA 90071
  | Tel: (213) 485-1500
5 | Fax: (213) 485-1200

6 | Attorney for Defendants
7 | FARMERS INSURANCE EXCHANGE,
  | TRUCK INSURANCE EXCHANGE, FIRE
8 | INSURANCE EXCHANGE, MIDCENTURY
9 | INSURANCE COMPANY, and FARMERS
  | NEW WORLD LIFE INSURANCE COMPANY
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| LARAINE WOOD, individually and on behalf of all other similarly situated, | CASE NO. 2:22-CV-06103-SVW-MRW |
|---|---|
| Plaintiff, | **DEFENDANTS' NOTICE OF INTERESTED PARTIES** |
| vs. | [Local Rule 7.1-1] |
| FARMERS INSURANCE EXCHANGE, TRUCK INSURANCE EXCHANGE, FIRE INSURANCE EXCHANGE, MIDCENTURY INSURANCE COMPANY, and FARMERS NEW WORLD LIFE INSURANCE COMPANY, | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

The undersigned, counsel of record for Defendants Farmers Insurance Exchange, Truck Insurance Exchange, Fire Insurance Exchange, Midcentury Insurance Company, and Farmers New World Life Insurance Company ("Farmers"), certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Plaintiff Laraine Wood;

2. Defendant Farmers Insurance Exchange is a reciprocal or inter-insurance exchange owned by its policyholders. Accordingly, it has no parent corporation, it does not issue stock, and no publicly held corporation owns ten percent or more of its stock;

3. Defendant Truck Insurance Exchange is a reciprocal or inter-insurance exchange owned by its policyholders. Accordingly, it has no parent corporation, it does not issue stock, and no publicly held corporation owns ten percent or more of its stock

4. Defendant Fire Insurance Exchange is a reciprocal or inter-insurance exchange owned by its policyholders. Accordingly, it has no parent corporation, it does not issue stock, and no publicly held corporation owns ten percent or more of its stock;

5. Defendant Midcentury Insurance Company is owned by Farmers Insurance Exchange (80%), Fire Insurance Exchange (10%) and Truck Insurance Exchange (10%). No publicly held corporation owns ten percent or more of Mid-Century's stock; and,

6. Defendant Farmers New World Life Insurance Company is a wholly-owned subsidiary of Farmers Group, Inc.

///
///
///
///
///

| | |
|---|---|
| Dated: November 17, 2022 | Respectfully submitted,<br><br>LOCKE LORD LLP<br><br>By: /s/ S. Ross Garrett<br>        S. Ross Garrett<br>*Attorney for Defendants* FARMERS INSURANCE EXCHANGE, TRUCK INSURANCE EXCHANGE, FIRE INSURANCE EXCHANGE, MIDCENTURY INSURANCE COMPANY, *and* FARMERS NEW WORLD LIFE INSURANCE COMPANY |

**Locke Lord LLP**
300 S. Grand Avenue, Suite 2600
Los Angeles, CA  90071